No. 03–636. JOHNSON v. CALIFORNIA ET AL. C. A. 9th Cir. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–710. DEVENPECK ET AL. v. ALFORD. C. A. 9th Cir. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–923. ILLINOIS v. CABALLES. Sup. Ct. Ill. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–931. FLORIDA v. NIXON. Sup. Ct. Fla. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–725. PASQUANTINO ET AL. v. UNITED STATES. C. A. 4th Cir. Motion of petitioners for divided argument denied.

No. 03–814. STEWART v. DUTRA CONSTRUCTION CO. C. A. 1st Cir. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent for leave to file a surreply brief denied.

No. 03–892. COMMISSIONER OF INTERNAL REVENUE v. BANKS. C. A. 6th Cir.; and

No. 03–907. COMMISSIONER OF INTERNAL REVENUE v. BANAITIS. C. A. 9th Cir. Motion of respondents for divided argument granted. Motion of respondents for additional time for oral argument denied. Motion of respondent Banks to allow James R. Carty to argue *pro hac vice* granted. Motion of the Acting Solicitor General to allow David B. Salmons to argue *pro hac vice* granted.